UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 20713
    PENNY LEIGH PETRULIS
    JOHN BRUNO PETRULIS                    CHAPTER 13

                                          JUDGE: BRUCE W BLACK
            Debtor
    SSN XXX-XX-9902    SSN XXX-XX-4727
```

------------------------------------------------------------------------
TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 11/06/07 .

2. The case was dismissed without confirmation, 12/21/2007.

------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|

Summary of disbursements:

------------------------------------------------------------------------

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | .00 | .00 | .00 | .00 |
| PRINCIPAL PAID | .00 | .00 | .00 | .00 | .00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | .00 | .00 | .00 | .00 |

The Debtor's attorney, PRO SE DEBTOR                    , was allowed $       .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .

```
    Dated: 03/11/08                    /S/
                                    GLENN STEARNS
                                    CHAPTER 13 TRUSTEE
```

```
                                   PAGE   2
        CASE NO. 07 B 20713 PENNY LEIGH PETRULIS & JOHN BRUNO PETRULIS
```